UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAYMOND A. GREEN,

    Petitioner,

  v.

RAYMOND MADDEN,

    Respondent.

No. CV 19-6319 JAK (FFM)

JUDGMENT

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice to pursuing claims in state court.

DATED: August 22, 2019

JOHN A. KRONSTADT
United States District Judge